# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | | |
|---|---|---|
| JOSEPH WILLIAM LANNOM, III, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 1:18-cv-00069 |
| SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE NEWBERN |
| Defendant. | | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 14), which was filed on October 11, 2019. Through the Report and Recommendation, the Magistrate Judge recommends that this action be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service and the Court provided Plaintiff additional time in which to file any written objections to the Magistrate Judge's Report and Recommendation, (*see* Doc. No. 16), no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, this action is **DISMISSED** without prejudice under Federal Rule of Civil Procedure 41(b). The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE